**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JERMAINE HAYNES, et al.,                      No. C-05-2670 MMC

12              Plaintiffs,                        **ORDER DIRECTING DEFENDANT TO
                                                   LODGE CHAMBERS COPIES IN**
        v.                                         **COMPLIANCE WITH GENERAL**
13                                                 **ORDER 45 AND THE COURT'S**
     ANNA'S LINENS COMPANY, et al.,                **STANDING ORDERS**
14
              Defendants
15
     _____/
16

17          On October 28, 2005, defendant Anna's Linens, Inc. electronically filed its opposition

18   to plaintiff's motion to strike or dismiss defendant's cross-complaint and third party claims.

19   Defendant has violated General Order 45 and the Court's Standing Orders, however, by

20   failing to deliver to the Clerk's Office "no later than noon on the business day following the

21   day that the papers are filed electronically, one paper copy of each document that is filed

22   electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name,

23   case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also

24   Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

25          Defendant is hereby ORDERED to comply with General Order 45 and the Court's

26   Standing Orders by immediately submitting a chambers copy of the above-referenced

27   document.  Defendant is hereby advised that if it fails in the future to comply with the

28   Court's Standing Order to provide chambers copies of electronically-filed documents, the

1   Court may impose sanctions, including, but not limited to, striking from the record any

2   electronically-filed document of which a chambers copy has not been timely provided to the

3   Court.

4        **IT IS SO ORDERED.**

5

Dated:  November 3, 2005

6                                                        MAXINE M. CHESNEY
                                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2