IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE HAYNES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANNA'S LINENS, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　／ | No. C-05-2670 MMC<br><br>**ORDER DIRECTING ANNA'S LINENS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDERS** |

　　　　By order filed November 3, 2005, the Court directed defendant Anna's Linens to immediately submit a chambers copy of its electronically-filed opposition to plaintiffs' motion to strike or dismiss the cross-complaint filed by Anna's Linens.  Issuance of said order was precipitated by Anna's Linens' failure to comply with General Order 45 and the Court's Standing Orders, both of which require a party who electronically files a document to submit, no later than noon on the following business day, a chambers copy of the document.  To date, Anna's Linens has not complied with the Court's orders.

　　　　Accordingly, Anna's Linens is hereby ORDERED to appear before the Court on December 2, 2005 at 9:00 a.m. to show cause why Anna's Linens should not be sanctioned for its failure to comply with the Court's orders.  This order to show cause will be discharged if Anna's Linens, no later than Monday, November 28, 2005, electronically files, and timely provides a chambers copy thereof, a declaration explaining its failure to comply with the Court's orders.

　　　　**IT IS SO ORDERED.**

Dated: November 10, 2005

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge