TERESA DEMCHAK (SB #123989) dem@gdblegal.com
ROBERTA L. STEELE (SB #188198) rls@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendants' Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE HAYNES, CORNELIUS CLARK, CHESTER LEWIS, DAVID MCFARLIN II, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, ALAN GLADSTONE and CARIE GLADSTONE DOLL,<br><br>        Defendants. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES**<br><br>Hon. Maxine M. Chesney |

MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814)
MILLER & HOLGUIN
1801 Century Park East, 7th Floor
Los Angeles, CA  90067
(310) 556-1990
(310) 557-2205

Attorneys for Defendants

**STIPULATION**

Plaintiffs Jermaine Haynes, Cornelius Clark, Chester Lewis, David McFarlin II, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendants Anna's Linens, Inc. ("Anna's Linens"), Alan Gladstone and Carie Gladstone Doll ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

1.       At the Case Management Conference on November 4, 2005, the Court set July 28, 2006 as the deadline for plaintiffs to file their motion for class certification.

2.       Counsel for the parties represented to the Court that they would try and reach agreement on schedules for class certification discovery and briefing.

3.       The Court set November 18, 2005 as the date for the parties to submit their proposed class certification discovery and briefing schedules to the Court.

NOW, THEREFORE, the parties additionally stipulate and request, through their counsel of record, that the Court approve and adopt the schedules for class certification discovery and briefing as set forth below:

**Non-Expert Discovery Schedule**

Complete non-expert interrogatories and document discovery by         6/30/06

Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by         6/30/06

**Expert Discovery and Reports**

Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by         5/5/06

Plaintiffs' expert(s) to be made available for deposition by         5/19/06

Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by         6/9/06

Defendants' expert(s) to be made available for deposition by         6/23/06

Plaintiffs to serve rebuttal expert reports by         7/7/06

Defendant to serve supplemental expert reports by         7/21/06

Expert discovery cut-off         7/21/06

1

**Class Certification Briefing Schedule**

2

| Motion for Class Certification to be filed by | 7/28/06 |

3

| Defendants' Opposition to Class Certification to be filed by | 8/25/06 |

| Plaintiffs' Reply to be filed by | 9/8/06 |

4

| Hearing on Motion for Class Certification (on or after) | 9/22/06 |

5

      SO STIPULATED.

6

7

Dated:  November 18, 2005              Respectfully submitted,

8

9

                    /s/ _____

10

TERESA DEMCHAK (SB #123989)
ROBERTA L. STEELE (SB #188198)

11

GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
      DARDARIAN

12

300 Lakeside Drive, Suite 1000
Oakland, CA  94612

13

(510) 763-9800
(510) 835-1417 (fax)

14

15

CRAIG ACKERMANN (SB # 2229832)
ACKERMANN & TILAJEF, P.C.

16

1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035

17

(310) 277-0614
(310) 277-0635 (fax)

18

ATTORNEYS FOR PLAINTIFFS

19

20

21

22

23

24

25

26

27

28

1  November 18, 2005

2

3  /s/_____
   MICHAEL T. LUCEY (SB # 9927)
4  MICHAEL D. BRUNO (SB # 166805)
   BRIAN D. MASCHLER (SB # 111824)
5  GORDEN & REES LLP
   Embarcadero Center West
6  275 Battery Street, Suite 2000
   San Francisco, CA  94111
7  (415) 986-5900
   (415) 986-8054 (fax)

8  KENNETH E. JOHNSON (SB # 115814)
   MILLER & HOLGUIN
9  1801 Century Park East, 7th Floor
   Los Angeles, CA  90067
10 (310) 556-1990
   (310) 557-2205
11
   ATTORNEYS FOR DEFENDANTS AND
12 CROSS-COMPLAINANT ANNA'S LINENS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES
- CASE NO. C05-02670-MMC

## ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court hereby ORDERS the following deadlines for class certification discovery and briefing:

### Non-Expert Discovery Schedule

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 6/30/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 6/30/06 |

### Expert Discovery and Reports

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures  by | 5/5/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 5/19/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 6/9/06 |
| Defendants' expert(s) to be made available for deposition by | 6/23/06 |
| Plaintiffs to serve rebuttal expert reports by | 7/7/06 |
| Defendant to serve supplemental expert reports by | 7/21/06 |
| Expert discovery cut-off | 7/21/06 |

### Class Certification Briefing Schedule

| | |
|---|---|
| Motion for Class Certification to be filed by | 7/28/06 |
| Defendants' Opposition to Class Certification to be filed by | 8/25/06 |
| Plaintiffs' Reply to be filed by | 9/8/06 |
| Hearing on Motion for Class Certification (~~on or after~~) | 9/22/06 |

IT IS SO ORDERED.

DATED:  November 18, 2005

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE