**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    JERMAINE HAYNES, et al.,                         No. C-05-2670 MMC

12              Plaintiffs,                            **ORDER DISCHARGING ORDER TO
                                                       SHOW CAUSE; VACATING HEARING**
13        v.

14    ANNA'S LINENS, et al.,

15              Defendants
                                                 /
16

17        Before the Court is defendant Anna's Linens, Inc.'s response to the Court's order,

18    filed November 10, 2005, directing defendant to show cause why it should not be

19    sanctioned for its failure to comply with General Order 45, the Court's Standing Orders, and

20    the Court's order of November 3, 2005.

21        Having reviewed the Declaration of Brian P. Maschler, and good cause appearing

22    therefrom, the Court hereby DISCHARGES the order to show cause.  The hearing

23    scheduled for December 2, 2005, is hereby VACATED.

24        **IT IS SO ORDERED.**

25

26    Dated:  November 30, 2005

27                                                     MAXINE M. CHESNEY
                                                       United States District Judge
28