IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE HAYNES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANNA'S LINENS, et al.,<br><br>    Defendants<br>_____/ | No. C-05-2670 MMC<br><br>**ORDER DIRECTING PLAINTIFF DAVID MCFARLIN II TO APPEAR IN PERSON AT HEARING SCHEDULED FOR JANUARY 27, 2006** |

On January 27, 2006, the Court will conduct a hearing on the motion filed December 22, 2005, by Ackermann & Tilajef, P.C., and Goldstein, Demchak, Baller, Borgen & Dardarian, which motion seeks an order allowing said movants to withdraw as counsel of record for plaintiff David McFarlin II ("McFarlin"). McFarlin has not filed opposition or any other response to the motion.

Should the Court grant the motion, McFarlin would be required to either represent himself or to obtain new counsel, either of which could require modification of the current schedule and/or court procedures.

Accordingly, whether or not McFarlan opposes the motion, McFarlan is hereby DIRECTED to appear in person at the hearing, scheduled for January 27, 2006, at 9:00 a.m., 450 Golden Gate Avenue, San Francisco, California, Courtroom 7, 19th Floor.

**IT IS SO ORDERED.**

Dated: January 20, 2006

                                                    MAXINE M. CHESNEY<br>
                                                  United States District Judge