TERESA DEMCHAK (SB #123989) dem@gdblegal.com
ROBERTA L. STEELE (SB #188198) rls@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB #2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERMAINE HAYNES, CORNELIUS CLARK, CHESTER LEWIS, DAVID MCFARLIN II, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, ALAN GLADSTONE and CARIE GLADSTONE DOLL,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>[PROPOSED] ORDER GRANTING THE MOTION OF ACKERMANN & TILAJEF AND GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID MCFARLIN, II<br><br>Date: January 27, 2006<br>Time: 9:00 a.m.<br>Dept: Courtoom 7, 19th Floor<br>Hon. Maxine M. Chesney |

1  The Court, having considered the papers presented, and all other documents and argument of
2  counsel on the Motion of Ackermann & Tilajef and Goldstein, Demchak, Baller, Borgen, & Dardarian
3  to Withdraw as Counsel for Plaintiff David McFarlin, II, states as follows:
4  The Court finds that withdrawal is warranted because plaintiff David McFarlin failed to appear
5  for his duly noticed deposition and failed to communicate with his counsel to reschedule his deposition
6  despite counsel's repeated requests that plaintiff McFarlin contact them.  Lack of cooperation by a
7  client with its counsel, including lack of communication, is a sufficient reason for allowing
8  withdrawal.  See Hallmark Capital Corp. v. Red Rose Collection, Inc., No. 96 Civ. 2839, 1997 WL
9  661146, at *2 (S.D.N.Y. Oct. 21, 1997) (*quoting* Fischer v. Biman Bangladesh Airlines, No. 96 Civ.
10 3120, 1997 WL 411446, at *2 (S.D.N.Y. Jul. 18, 1997)), & cases cited therein; *see also, e.g.*, S.E.C. v.
11 Towers Fin. Corp., No. 93 Civ. 0744, 1996 WL 288176, at *3 (S.D. N.Y. May 31, 1996) (Peck, M.J.).
12 The Motion of Ackermann & Tilajef and Goldstein, Demchak, Baller, Borgen, & Dardarian to
13 Withdraw as Counsel for Plaintiff David McFarlin, II, is hereby granted.
14 IT IS SO ORDERED.

Dated: January 27, 2006

_____
HON. MAXINE M. CHESNEY

---

1

[PROPOSED] ORDER GRANTING THE MOTION OF ACKERMANN & TILAJEF AND GOLDSTEIN, DEMCHAK, BALLER, BORGEN, & DARDARIAN TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID MCFARLIN, II - CASE NO. C05-02670-MMC