IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE HAYNES, et al., | No. C 05-2670 MMC |
| Plaintiffs, | **ORDER RE: SERVICE ON PLAINTIFF DAVID MCFARLIN II** |
| v. | |
| ANNA'S LINENS, et al., | |
| Defendants / | |

The motion to withdraw as counsel of record for David McFarlin II ("McFarlin") having been granted, McFarlin now proceeds in pro se as to his claims.

Accordingly, the Clerk of the Court and all parties shall serve all future filings upon McFarlin by mail at the following address:

>David McFarlin II
>3519 West 78th Place
>Inglewood CA  90305-1207

**IT IS SO ORDERED.**

Dated: January 27, 2006

MAXINE M. CHESNEY
United States District Judge