**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

JERMAINE HAYNES, et al.,

No. C 05-2670 MMC

12

Plaintiffs,

**ORDER DIRECTING PLAINTIFF DAVID MCFARLIN II TO SHOW CAUSE WHY HIS CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

13

v.

14

ANNA'S LINENS, et al.,

15

Defendants

16 _____/

17        On January 27, 2006, plaintiff David McFarlin II ("McFarlin") failed to appear as

18 ordered at a regularly scheduled hearing in the above-entitled action.  (See Order Directing

19 Pl. David McFarlin II to Appear in Person at Hearing Scheduled for January 27, 2006.)

20        Accordingly, McFarlin is hereby ORDERED TO SHOW CAUSE in writing, no later

21 than February 17, 2006, why his claims should not be dismissed pursuant to Rule 41(b) of

22 the Federal Rules of Civil Procedure, for failure to prosecute.

23        **IT IS SO ORDERED.**

24

25 Dated: January 27, 2006

MAXINE M. CHESNEY
United States District Judge

26
27
28