**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CORNELIUS CLARK, et al.,                    No. 05-2670 MMC

12          v.                                    **ORDER STRIKING DEFENDANT'S
                                                  ANSWER TO FIRST AMENDED
13   ANNA'S LINENS, INC.,                         COMPLAINT WITHOUT PREJUDICE**

14          Defendant

15   _____/

16

17          The Court's review of the docket indicates that on March 24, 2006 defendant Anna's

18   Linens, Inc. electronically filed its Answer to First Amended Complaint.  As of today's date,

19   the Court has not received a chambers copy of such document.

20          The Court has previously advised defendant of its obligation, both pursuant to the

21   Court's Standing Orders and General Order 45, to provide for use in chambers a paper

22   copy of each document that is electronically filed, and to provide such paper copy no later

23   than noon on the business day following the day the document is filed electronically.  (See

24   Order, filed November 3, 2005.)  The Court has further advised defendant that future

25   failures to comply with its obligation to timely provide chambers copy may result in

26   sanctions, including the striking of documents for which the Court is not provided a

27   chambers copy.  (See id.)

28   //

Accordingly, the Court hereby STRIKES the answer, without prejudice to defendant's re-filing the document electronically and timely providing chambers with a paper copy thereof.

**IT IS SO ORDERED.**

Dated: April 4, 2006

MAXINE M. CHESNEY
United States District Judge