TERESA DEMCHAK (SB #123989) dem@gdblegal.com
ROBERTA L. STEELE (SB #188198) rls@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, DAVID MCFARLIN II, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES**<br><br>Hon. Maxine M. Chesney |

MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814)
STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

Attorneys for Defendant

# STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, David McFarlin II, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that additional time is needed to complete discovery and other activities necessary to prosecute and defend the motion for class certification that Plaintiffs will file in this case. The Parties, hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules as follows:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 9/28/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 9/28/06 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 8/3/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 8/17/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 9/7/06 |
| Defendants' expert(s) to be made available for deposition by | 9/21/06 |
| Plaintiffs to serve rebuttal expert reports by | 10/5/06 |
| Defendant to serve supplemental expert reports by | 10/19/06 |
| Expert discovery cut-off | 10/19/06 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 10/26/06 |
| Defendants' Opposition to Class Certification to be filed by | 11/27/06 |
| Plaintiffs' Reply to be filed by | 12/11/06 |
| Hearing on Motion for Class Certification (on or after) | 12/29/06 |

1  SO STIPULATED.

2

3  Dated: April 10, 2006                    Respectfully submitted,

4

5                                           /s/_____
                                            TERESA DEMCHAK (SB #123989)
6                                           ROBERTA L. STEELE (SB #188198)
                                            GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
7                                              DARDARIAN
                                            300 Lakeside Drive, Suite 1000
8                                           Oakland, CA  94612
                                            (510) 763-9800
9                                           (510) 835-1417 (fax)

10
                                            CRAIG ACKERMANN (SB # 2229832)
11                                          ACKERMANN & TILAJEF, P.C.
                                            1180 South Beverly Drive, Suite 512
12                                          Los Angeles, CA  90035
                                            (310) 277-0614
13                                          (310) 277-0635 (fax)

14                                          ATTORNEYS FOR PLAINTIFFS
   April 10, 2006
15

16                                          /s/_____
                                            MICHAEL T. LUCEY (SB # 9927)
17                                          MICHAEL D. BRUNO (SB # 166805)
                                            BRIAN D. MASCHLER (SB # 111824)
18                                          GORDEN & REES LLP
                                            Embarcadero Center West
19                                          275 Battery Street, Suite 2000
                                            San Francisco, CA  94111
20                                          (415) 986-5900
                                            (415) 986-8054 (fax)
21
                                            KENNETH E. JOHNSON (SB # 115814)
22                                          STEPHAN, ORINGHER, RICHMAN, THEODORA
                                            & MILLER
23                                          2029 Century Park East
                                            Sixth Floor
24                                          Los Angeles, CA 90067-2907
                                            (310) 557-2009
25                                          (310) 551-0283 (fax)

26                                          ATTORNEYS FOR DEFENDANT

27

28

# ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 9/28/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 9/28/06 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 8/3/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 8/17/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 9/7/06 |
| Defendants' expert(s) to be made available for deposition by | 9/21/06 |
| Plaintiffs to serve rebuttal expert reports by | 10/5/06 |
| Defendant to serve supplemental expert reports by | 10/19/06 |
| Expert discovery cut-off | 10/19/06 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 10/26/06 |
| Defendants' Opposition to Class Certification to be filed by | 11/27/06 |
| Plaintiffs' Reply to be filed by | 12/11/06 |
| Hearing on Motion for Class Certification (on or after) | 12/29/06 |

IT IS SO ORDERED.

DATED: April 11, 2006

*[signature]*
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE