TERESA DEMCHAK (SB #123989) dem@gdblegal.com
ROBERTA L. STEELE (SB #188198) rls@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CORNELIUS CLARK, CHESTER LEWIS, DAVID MCFARLIN II, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,

Plaintiffs,

vs.

ANNA'S LINENS, INC.,

Defendant.

**CLASS ACTION**

Case No. C05-02670-MMC

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES**

Hon. Maxine M. Chesney

MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814)
STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

Attorneys for Defendant

**STIPULATION**

Plaintiffs Cornelius Clark, Chester Lewis, David McFarlin II, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that additional time is needed to complete discovery and other the activities necessary to prosecute and defend the motion for class certification that Plaintiffs will file in this case. Specifically, pursuant to the August 1, 2006 Order of Chief Magistrate Judge Larson, Anna's Linens has been ordered to produce certain documents to Plaintiffs. Anna's Linens has informed Plaintiffs that it will complete such production no later than August 18, 2006. The revised deadlines set forth in this proposed stipulation reflect this production schedule. The Parties, hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules as follows:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 11/13/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 11/13/06 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 9/18/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 10/2/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/23/06 |
| Defendants' expert(s) to be made available for deposition by | 11/6/06 |
| Plaintiffs to serve rebuttal expert reports by | 11/20/06 |
| Defendant to serve supplemental expert reports by | 12/4/06 |
| Expert discovery cut-off | 12/4/06 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 12/11/06 |
| Defendants' Opposition to Class Certification to be filed by | 1/11/07 |
| Plaintiffs' Reply to be filed by | 1/21/07 |
| Hearing on Motion for Class Certification (on or after) | 2/5/07 |

SO STIPULATED.

Dated: August 17, 2006

Respectfully submitted,

/s/ Teresa Demchak

TERESA DEMCHAK (SB #123989)
ROBERTA L. STEELE (SB #188198)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832)
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (fax)

ATTORNEYS FOR PLAINTIFFS

August 16, 2006

/s/

MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814)
STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

ATTORNEYS FOR DEFENDANT

**ORDER**

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 11/13/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 11/13/06 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 9/18/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 10/2/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/23/06 |
| Defendants' expert(s) to be made available for deposition by | 11/6/06 |
| Plaintiffs to serve rebuttal expert reports by | 11/20/06 |
| Defendant to serve supplemental expert reports by | 12/4/06 |
| Expert discovery cut-off | 12/4/06 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 12/11/06 |
| Defendants' Opposition to Class Certification to be filed by | 1/11/07 |
| Plaintiffs' Reply to be filed by | 1/21/07 |
| Hearing on Motion for Class Certification (on or after) | ~~2/5/07~~ 2/9/07 |

IT IS SO ORDERED.

DATED: August 18, 2006

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE