TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES**<br><br>Hon. Maxine M. Chesney |

MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814)
STEPHAN, ORINGHER, RICHMAN,
 THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

Attorneys for Defendant

## STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that the previous deadlines approved by this Court should be revised slightly to account for an error in the calculation of extended deadlines that had been previously agreed to by the parties, to allow for the timely completion of the deposition of one of Plaintiffs' experts who is scheduled to be out of the country at the time Plaintiffs' experts depositions are to be completed under the current schedule, and to otherwise insure completion of discovery and other activities necessary to prosecute and defend the motion for class certification that Plaintiffs will file in this case. The Parties, hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules as follows:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 12/11/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 12/11/06 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/16/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 10/30/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 11/20/06 |
| Defendants' expert(s) to be made available for deposition by | 12/4/06 |
| Plaintiffs to serve rebuttal expert reports by | 12/18/06 |
| Defendant to serve supplemental expert reports by | 1/2/07 |
| Expert discovery cut-off | 1/2/07 |

///

///

///

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 1/9/07 |
| Defendants' Opposition to Class Certification to be filed by | 2/6/07 |
| Plaintiffs' Reply to be filed by | 2/20/07 |
| Hearing on Motion for Class Certification (on or after) | 3/6/07 |

SO STIPULATED.


Dated: August 31, 2006                    Respectfully submitted,


                                          _____/S/_____
                                          TERESA DEMCHAK (SB #123989)
                                          ROBERTA L. STEELE (SB #188198)
                                          JAMES KAN (SB #240749)
                                          GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                               DARDARIAN
                                          300 Lakeside Drive, Suite 1000
                                          Oakland, CA 94612
                                          (510) 763-9800
                                          (510) 835-1417 (fax)

                                          CRAIG ACKERMANN (SB # 2229832)
                                          ACKERMANN & TILAJEF, P.C.
                                          1180 South Beverly Drive, Suite 512
                                          Los Angeles, CA 90035
                                          (310) 277-0614
                                          (310) 277-0635 (fax)

                                          ATTORNEYS FOR PLAINTIFFS

1  Dated: August 31, 2006

3  /S/
MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
4  BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
5  Embarcadero Center West
275 Battery Street, Suite 2000
6  San Francisco, CA 94111
(415) 986-5900
7  (415) 986-8054 (fax)

8  KENNETH E. JOHNSON (SB # 115814)
STEPHAN, ORINGHER, RICHMAN, THEODORA
9  & MILLER
2029 Century Park East
10 Sixth Floor
Los Angeles, CA 90067-2907
11 (310) 557-2009
(310) 551-0283 (fax)

12 ATTORNEYS FOR DEFENDANT

# ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing:

### Non-Expert Discovery Schedule

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 12/11/06 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 12/11/06 |

### Expert Discovery and Reports

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/16/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 10/30/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 11/13/06 |
| Defendants' expert(s) to be made available for deposition by | 11/27/06 |
| Plaintiffs to serve rebuttal expert reports by | 12/11/06 |
| Defendant to serve supplemental expert reports by | 12/26/06 |
| Expert discovery cut-off | 12/26//06 |

### Class Certification Briefing Schedule

| | |
|---|---|
| Motion for Class Certification to be filed by | 1/9/07 |
| Defendants' Opposition to Class Certification to be filed by | 2/6/07 |
| Plaintiffs' Reply to be filed by | 2/20/07 |
| Hearing on Motion for Class Certification (on ~~or after~~) | ~~3/6/07~~  3/9/07 |

IT IS SO ORDERED.

DATED: September 1, 2006

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE