TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY, BRIEFING SCHEDULES AND STATUS CONFERENCE**<br><br>Hon. Maxine M. Chesney |

1  MICHAEL T. LUCEY (SB # 9927)
   MICHAEL D. BRUNO (SB # 166805)
2  BRIAN D. MASCHLER (SB # 111824)
   GORDEN & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   (415) 986-5900
5  (415) 986-8054 (fax)

6  KENNETH E. JOHNSON (SB # 115814)
   STEPHAN, ORINGHER, RICHMAN,
7       THEODORA & MILLER
   2029 Century Park East
8  Sixth Floor
   Los Angeles, CA  90067-2907
9  (310) 557-2009
   (310) 551-0283 (fax)
10
   Attorneys for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
STIPULATION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY, BRIEFING SCHEDULES
AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

# STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that the previous deadlines approved by this Court should be revised as set forth below, due to the recent hospitalization and unavailability of Counsel for Anna's Linens. The parties also agree that the Status Conference previously scheduled by the Court for November 3, 2006, should be taken off the Court's calendar and rescheduled for a date after the Court rules on Plaintiffs' Motion for Class Certification which under the revised schedule proposed by this Stipulation will be heard on or after April 26, 2007. The Parties, hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules and Status Conference as follows:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 2/1/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 2/1/07 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 12/14/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 1/11/07 |
| Defendants' expert(s) to be made available for deposition by | 1/25/07 |
| Plaintiffs to serve rebuttal expert reports by | 2/8/07 |
| Defendant to serve supplemental expert reports by | 2/22/07 |
| Expert discovery cut-off | 2/22/07 |

///

///

///

///

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 3/1/07 |
| Defendants' Opposition to Class Certification to be filed by | 3/29/07 |
| Plaintiffs' Reply to be filed by | 4/12/07 |
| Hearing on Motion for Class Certification (on or after) | 4/26/07 |

**Status Conference**                                         To be determined by the Court

   SO STIPULATED.

Dated:  October 17, 2006            Respectfully submitted,


                         _____/S/_____
                         TERESA DEMCHAK (SB #123989)
                         ROBERTA L. STEELE (SB #188198)
                         JAMES KAN (SB #240749)
                         GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                            DARDARIAN
                         300 Lakeside Drive, Suite 1000
                         Oakland, CA  94612
                         (510) 763-9800
                         (510) 835-1417 (fax)

                         CRAIG ACKERMANN (SB # 2229832)
                         ACKERMANN & TILAJEF, P.C.
                         1180 South Beverly Drive, Suite 512
                         Los Angeles, CA  90035
                         (310) 277-0614
                         (310) 277-0635 (fax)

                         ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| 1   Dated:  October 17, 2006 | /S/ |

MICHAEL T. LUCEY (SB # 9927)
MICHAEL D. BRUNO (SB # 166805)
BRIAN D. MASCHLER (SB # 111824)
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814)
STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

ATTORNEYS FOR DEFENDANT

# ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing, and the status conference.

### Non-Expert Discovery Schedule

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 2/1/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 2/1/07 |

### Expert Discovery and Reports

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 12/14/06 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 1/11/07 |
| Defendants' expert(s) to be made available for deposition by | 1/25/07 |
| Plaintiffs to serve rebuttal expert reports by | 2/8/07 |
| Defendant to serve supplemental expert reports by | 2/22/07 |
| Expert discovery cut-off | 2/22/07 |

### Class Certification Briefing Schedule

| | |
|---|---|
| Motion for Class Certification to be filed by | 3/1/07 |
| Defendants' Opposition to Class Certification to be filed by | 3/29/07 |
| Plaintiffs' Reply to be filed by | 4/12/07 |

### Status Conference    6/8/07

IT IS SO ORDERED.

DATED:   October 19, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE