TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated, <br><br>              Plaintiffs, <br><br> vs. <br><br> ANNA'S LINENS, INC., <br><br>              Defendant. | **CLASS ACTION** <br><br> Case No. C05-02670-MMC <br><br> **CORRECTED STIPULATION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE** <br><br> Hon. Maxine M. Chesney |

1  MICHAEL T. LUCEY (SB # 9927)
   MICHAEL D. BRUNO (SB # 166805)
2  BRIAN D. MASCHLER (SB # 111824)
   GORDEN & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   (415) 986-5900
5  (415) 986-8054 (fax)

6  KENNETH E. JOHNSON (SB # 115814)
   STEPHAN, ORINGHER, RICHMAN,
7      THEODORA & MILLER
   2029 Century Park East
8  Sixth Floor
   Los Angeles, CA  90067-2907
9  (310) 557-2009
   (310) 551-0283 (fax)
10
   Attorneys for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that the previous deadlines approved by this Court should be revised as set forth below for the following reasons:  The Parties have agreed to retain an experienced private mediator and have scheduled several days of mediation in late January and early February 2007.  The extension of the deadlines as requested herein would allow the Parties to focus exclusively on preparing for mediation and attempting to settle the case and also would conserve resources that would otherwise necessarily be spent in completing discovery and preparing to meet all of the deadlines under the current schedule.  The Parties, hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules and Status Conference as follows:

### Non-Expert Discovery Schedule

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 5/2/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 5/2/07 |

### Expert Discovery and Reports

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 3/14/07 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 4/11/07 |
| Defendants' expert(s) to be made available for deposition by | 4/25/07 |
| Plaintiffs to serve rebuttal expert reports by | 5/9/07 |
| Defendant to serve supplemental expert reports by | 5/23/07 |
| Expert discovery cut-off | 5/23/07 |

///

///

///

///

1

**Class Certification Briefing Schedule**

2

| Motion for Class Certification to be filed by | 5/30/07 |

3

Defendants' Opposition to Class Certification to be filed by    6/27/07

4

Plaintiffs' Reply to be filed by    7/11/07

5

Hearing on Motion for Class Certification (on or after)    7/25/07

6

7

**Status Conference**    **To be determined by the Court**

8

SO STIPULATED.

9

10

Dated:  December 7, 2006    Respectfully submitted,

11

12

_____/S/_____

13

TERESA DEMCHAK (SB #123989)
ROBERTA L. STEELE (SB #188198)
JAMES KAN (SB #240749)

14

GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
    DARDARIAN

15

300 Lakeside Drive, Suite 1000
Oakland, CA  94612

16

(510) 763-9800

17

(510) 835-1417 (fax)

18

CRAIG ACKERMANN (SB # 2229832)
ACKERMANN & TILAJEF, P.C.

19

1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035

20

(310) 277-0614
(310) 277-0635 (fax)

21

ATTORNEYS FOR PLAINTIFFS

22

23

24

25

26

27

28

1    Dated:  December 7, 2006                    _____/S/_____

2                                               MICHAEL T. LUCEY (SB # 9927)
                                                MICHAEL D. BRUNO (SB # 166805)
3                                               BRIAN D. MASCHLER (SB # 111824)
                                                GORDEN & REES LLP
4                                               Embarcadero Center West
                                                275 Battery Street, Suite 2000
5                                               San Francisco, CA  94111
                                                (415) 986-5900
6                                               (415) 986-8054 (fax)

7                                               KENNETH E. JOHNSON (SB # 115814)
                                                STEPHAN, ORINGHER, RICHMAN, THEODORA
8                                               & MILLER
                                                2029 Century Park East
9                                               Sixth Floor
                                                Los Angeles, CA 90067-2907
10                                              (310) 557-2009
                                                (310) 551-0283 (fax)

11                                              ATTORNEYS FOR DEFENDANT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED STIPULATION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND
BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

## ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing., and the status conference.

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 5/2/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 5/2/07 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 3/14/07 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 4/11/07 |
| Defendants' expert(s) to be made available for deposition by | 4/25/07 |
| Plaintiffs to serve rebuttal expert reports by | 5/9/07 |
| Defendant to serve supplemental expert reports by | 5/23/07 |
| Expert discovery cut-off | 5/23/07 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 5/30/07 |
| Defendants' Opposition to Class Certification to be filed by | 6/27/07 |
| Plaintiffs' Reply to be filed by | 7/11/07 |
| Hearing on Motion for Class Certification | Friday, 7/27/07 |

**Status Conference**                                                9/7/07

IT IS SO ORDERED.

DATED:   December 8, 2006

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE