1  MICHAEL D. BRUNO  (SBN: 166805)
   BRIAN P. MASCHLER  (SBN: 111824)
2  VAN T. NGUYEN  (SBN: 199945)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   ANNA'S LINENS, INC.

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  CORNELIUS CLARK, CHESTER LEWIS,           )   CASE NO. C05-02670 MMC
    JOHN PONDS and GARRANT COSEY, on behalf   )
12  of themselves and all other similarly situated )  **ORDER GRANTING DEFENDANT**
    persons,                                   )   **ANNA'S LINENS, INC.'S MOTION**
13                                             )   **FOR ADMINISTRATIVE RELIEF:**
                       Plaintiffs,             )   **EXCEEDING PAGE LIMITS ON**
14                                             )   **DEFENDANTS' MOTION FOR**
         vs.                                   )   **SUMMARY JUDGMENT, OR IN**
15                                             )   **THE ALTERNATIVE, PARTIAL**
    ANNA'S LINENS, INC.,                       )   **SUMMARY JUDGMENT**
16                                             )
                       Defendant.              )   Hearing Date for Underlying Motion:
17                                             )        February 9, 2007
                                               )   Time:  9:00 a.m.
18                                             )   Judge:  Hon. Maxine M. Chesney
                                               )   Ctrm:  7
19  _____)

20

21

22

23

24

25

26

27

28

-1-
[PROPOSED] ORDER GRANTING DEFENDANT ANNA'S LINENS'
MOTION FOR ADMINISTRATIVE RELIEF:  MOTION TO EXCEED PAGE LIMITATION

1  Defendant Anna's Linens, Inc., has filed a Motion for Administrative Relief pursuant to
2  Civil Local Rule 7-11(a).  In this motion, defendant requests leave to file a Motion for Summary
3  Judgment Or In The Alternative, Partial Summary Judgment that is 31 pages in length, thereby
4  exceeding the 25-page limit specified in Civil L.R. 7-2(b).  No opposition has been filed.

5  GOOD CAUSE APPEARING, defendant's Motion is hereby GRANTED.

7  DATED: January 12, 2007      _____
8  HONORABLE MAXINE M. CHESNEY,
   U.S. DISTRICT COURT JUDGE