1  MICHAEL T. LUCEY  (SBN: 099927)
   MICHAEL D. BRUNO  (SBN: 166805)
2  BRIAN P. MASCHLER  (SBN: 111824)
   VAN T. NGUYEN  (SBN: 199945)
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA  94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
7  Attorneys for Defendant
   ANNA'S LINENS, INC.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 CORNELIUS CLARK, CHESTER LEWIS,      )  CASE NO. C05-02670 MMC
   JOHN PONDS and GARRANT COSEY, on behalf )
12 of themselves and all other similarly situated )  **JOINT STIPULATION AND**
   persons,                              )  **[PROPOSED] ORDER RE:**
13                                        )  **CONTINUANCE OF HEARING ON**
                          Plaintiffs,    )  **DEFENDANT ANNA'S LINENS,**
14                                        )  **INC.'S MOTION FOR SUMMARY**
        vs.                              )  **JUDGMENT OR IN THE**
15                                        )  **ALTERNATIVE, PARTIAL**
   ANNA'S LINENS, INC.,                  )  **SUMMARY JUDGMENT AND**
16                                        )  **PLAINTIFFS' REQUEST**
                          Defendant.     )  **PURSUANT TO FEDERAL RULE**
17                                        )  **OF CIVIL PROCEDURE 56(f)**
                                          )
18                                        )  Current Hearing Date: February 9, 2007
                                          )  Time:  9:00 a.m.
19                                        )  Judge:  Hon. Maxine M. Chesney
                                          )  Ctrm:  7
20 _____

21

22        Plaintiffs, Cornelius Clark, Chester Lewis, John Ponds and Garrant Cosey ("Plaintiffs")

23 and Defendant, Anna's Linens, Inc. ("Defendant"), by and through their respective counsel,

24 hereby agree and stipulate as follows:

25        WHEREAS, on January 5, 2007, Defendant filed a Motion For Summary Judgment Or In

26 The Alternative, Partial Summary Judgment.  This Motion was scheduled to be heard on

27 February 9, 2007;

28        WHEREAS, on January 19, 2007, Plaintiffs filed a Request, Pursuant to Federal Rule of

Civil Procedure 56(f), That The Court Deny Defendant Anna's Linens, Inc.'s Motion For

Summary Judgment, Or In The Alternative, Partial Summary Judgment, As Premature, Or In

The Alternative, Continue Anna's Linens' Motion, To Allow Plaintiffs Adequate Time For

Discovery Of Essential Facts To Enable Plaintiffs To Resist Anna's Linens' Motion.  This

Request also was scheduled to be heard on February 9, 2007;

WHEREAS, on January 30, 2007, Plaintiffs filed a Request That The Court Grant Relief

Pursuant To Federal Rule of Civil Procedure 56(f), Which Is Effectively Unopposed.  That

Request also was scheduled to be heard on February 9, 2007;

WHEREAS, on February 1, 2007, Defendant Anna's Linens, Inc. filed an Opposition To

And Motion To Strike Plaintiffs' "Request That Court Grant Plaintiffs' Request For Relief

Pursuant To Federal Rule Of Civil Procedure 56(f)";

WHEREAS the parties are and have been engaged in mediation before Jerry Spolter,

Esq., of JAMS, and have scheduled another mediation session for February 8, 2007; and

WHEREAS, in order to maximize the potential benefits of mediation, the parties wish to

avoid potentially unnecessary litigation burdens and expense and wish to spare the Court the

burden of potentially unnecessary proceedings;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1    NOW, THEREFORE, Plaintiffs and Defendant hereby AGREE and STIPULATE that the

2    hearing on the above-referenced motions shall be continued four (4) weeks to March 9, 2007, or

3    to a date thereafter set by the Court.

4    IT IS SO STIPULATED.

5

6    DATED:  February 2, 2007                    GOLDSTEIN, DEMCHAK, BALLER,
                                                 BORGEN & DARDARIAN

7

8                                                By:    /s/ Teresa Demchak_____
                                                 TERESA DEMCHAK
9                                                Attorneys for Plaintiffs CORNELIUS
                                                 CLARK, CHESTER LEWIS, JOHN
10                                               PONDS, AND GARRANT COSEY

11

12   DATED:  February 2, 2007                    GORDON & REES LLP

13

14                                               By:    /s/ Brian P. Maschler_____
                                                 BRIAN P. MASCHLER
15                                               Attorneys for Defendant
                                                 ANNA'S LINENS, INC.
16

     IT IS SO ORDERED.  The hearing is continued to _March 9_____, 2007 at
17
     _9__a.m./~~p.m.~~
18                                                              `

19

20   DATED:  February _5_, 2007

21                                               Hon. Maxine M. Chesney
                                                 United States District Court Judge
22

23

24

25

26

27

28