MICHAEL T. LUCEY (SBN: 099927)
MICHAEL D. BRUNO (SBN: 166805)
BRIAN P. MASCHLER (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
ANNA'S LINENS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS and GARRANT COSEY, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>Defendant. | CASE NO. C05-02670 MMC<br><br>**JOINT STIPULATION AND ORDER RE: FURTHER CONTINUANCE OF HEARING ON DEFENDANT ANNA'S LINENS, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' REQUEST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(f)**<br><br>Current Hearing Date: March 9, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Ctrm: 7 |

Plaintiffs, Cornelius Clark, Chester Lewis, John Ponds and Garrant Cosey ("Plaintiffs") and Defendant, Anna's Linens, Inc. ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on January 5, 2007, Defendant filed a Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment, which motion was originally scheduled to be heard on February 9, 2007;

WHEREAS, on January 19, 2007, Plaintiffs filed a Request, Pursuant to Federal Rule of

1  Civil Procedure 56(f), That The Court Deny Defendant Anna's Linens, Inc.'s Motion For
2  Summary Judgment, Or In The Alternative, Partial Summary Judgment, As Premature, Or In
3  The Alternative, Continue Anna's Linens' Motion, To Allow Plaintiffs Adequate Time For
4  Discovery Of Essential Facts To Enable Plaintiffs To Resist Anna's Linens' Motion.  This
5  Request also was initially scheduled to be heard on February 9, 2007;

6      WHEREAS, on January 30, 2007, Plaintiffs filed a Request That The Court Grant Relief
7  Pursuant To Federal Rule of Civil Procedure 56(f), Which Is Effectively Unopposed.  That
8  Request also was originally scheduled to be heard on February 9, 2007;

9      WHEREAS, on February 1, 2007, Defendant Anna's Linens, Inc. filed an Opposition To
10 And Motion To Strike Plaintiffs' "Request That Court Grant Plaintiffs' Request For Relief
11 Pursuant To Federal Rule Of Civil Procedure 56(f)";

12     WHEREAS, the parties have participated in mediation before Jerry Spolter, Esq., of
13 JAMS, and have reached a settlement agreement in principle of this litigation, subject to
14 confirmation of certain details and final documentation;

15     WHEREAS, while the parties were still in mediation, pursuant to their Joint Stipulation
16 the Court continued the subject hearing one month, to March 9, 2007; and

17     WHEREAS, in keeping with the above-referenced settlement agreement in principle, the
18 parties wish to avoid unnecessary litigation burdens and expense and wish to spare the Court the
19 burden of unnecessary proceedings;

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

NOW, THEREFORE, Plaintiffs and Defendant hereby AGREE and STIPULATE that the hearing on the above-referenced Motions shall be continued eight (8) weeks to May 4, 2007, or to a date thereafter set by the Court.

IT IS SO STIPULATED.

DATED:  February 28, 2007            GOLDSTEIN, DEMCHAK, BALLER,
                                     BORGEN & DARDARIAN


                                     By:    /s/ Teresa Demchak
                                            TERESA DEMCHAK
                                            Attorneys for Plaintiffs CORNELIUS
                                            CLARK, CHESTER LEWIS, JOHN
                                            PONDS, AND GARRANT COSEY


DATED:  February 28, 2007            GORDON & REES LLP


                                     By:    /s/ Brian P. Maschler
                                            BRIAN P. MASCHLER
                                            Attorneys for Defendant
                                            ANNA'S LINENS, INC.


IT IS SO ORDERED.  The hearing is continued to May 4, 2007 at 9 a.m..
                                                               `

DATED: March 1, 2007                 _____
                                     Hon. Maxine M. Chesney
                                     United States District Court Judge

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

-3-
JOINT STIPULATION TO CONTINUE HEARING DATE