1  MICHAEL T. LUCEY  (SBN: 099927)
   MICHAEL D. BRUNO  (SBN: 166805)
2  BRIAN P. MASCHLER  (SBN: 111824)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  Attorneys for Defendant
   ANNA'S LINENS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   CORNELIUS CLARK, CHESTER LEWIS,      )  CASE NO. C05-02670 MMC
11 JOHN PONDS and GARRANT COSEY, on behalf )
   of themselves and all other similarly situated )  **JOINT STIPULATION AND**
12 persons,                               )  **ORDER RE:  FURTHER**
                                          )  **CONTINUANCE OF HEARING ON**
13                    Plaintiffs,         )  **DEFENDANT ANNA'S LINENS,**
                                          )  **INC.'S MOTION FOR SUMMARY**
14           vs.                          )  **JUDGMENT OR IN THE**
                                          )  **ALTERNATIVE, PARTIAL**
15 ANNA'S LINENS, INC.,                   )  **SUMMARY JUDGMENT AND**
                                          )  **PLAINTIFFS' REQUEST**
16                    Defendant.          )  **PURSUANT TO FEDERAL RULE**
                                          )  **OF CIVIL PROCEDURE 56(f)**
17                                        )
                                          )  Judge:  Hon. Maxine M. Chesney
18 _____)  Ctrm:  7

19

20
           Plaintiffs, Cornelius Clark, Chester Lewis, John Ponds and Garrant Cosey ("Plaintiffs")
21
   and Defendant, Anna's Linens, Inc. ("Defendant"), by and through their respective counsel,
22
   hereby agree and stipulate as follows:
23
           WHEREAS, on January 5, 2007, Defendant filed a Motion For Summary Judgment Or In
24
   The Alternative, Partial Summary Judgment, which motion was originally scheduled to be heard
25
   on February 9, 2007;
26
           WHEREAS, on January 19, 2007, Plaintiffs filed a Request, Pursuant to Federal Rule of
27
   Civil Procedure 56(f), That The Court Deny Defendant Anna's Linens, Inc.'s Motion For
28

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

AIGDO/1034537/1199628v.1

                                         -1-

1   Summary Judgment, Or In The Alternative, Partial Summary Judgment, As Premature, Or In

2   The Alternative, Continue Anna's Linens' Motion, To Allow Plaintiffs Adequate Time For

3   Discovery Of Essential Facts To Enable Plaintiffs To Resist Anna's Linens' Motion.  This

4   Request also was initially scheduled to be heard on February 9, 2007;

5          WHEREAS, on January 30, 2007, Plaintiffs filed a Request That The Court Grant Relief

6   Pursuant To Federal Rule of Civil Procedure 56(f), Which Is Effectively Unopposed.  That

7   Request also was originally scheduled to be heard on February 9, 2007;

8          WHEREAS, on February 1, 2007, Defendant Anna's Linens, Inc. filed an Opposition To

9   And Motion To Strike Plaintiffs' "Request That Court Grant Plaintiffs' Request For Relief

10   Pursuant To Federal Rule Of Civil Procedure 56(f)";

11          WHEREAS, the parties have participated in mediation before Jerry Spolter, Esq., of

12   JAMS, and have reached a settlement agreement in principle of this litigation, subject to

13   confirmation of certain details and final documentation;

14          WHEREAS, while the parties were still in mediation, pursuant to their Joint Stipulation

15   the Court continued the subject hearing one month, to March 9, 2007;

16          WHEREAS, the Court subsequently continued the hearing date to May 4, 2007;

17          WHEREAS, to achieve a global resolution of the instant dispute, Plaintiffs and

18   Defendants have been attempting to secure the EEOC's consent to and/or joinder in the

19   settlement agreement, which consent the EEOC has yet to provide; and

20          WHEREAS, in keeping with the above-referenced settlement agreement in principle, the

21   parties wish to avoid unnecessary litigation burden and expense and wish to spare the Court the

22   burden of unnecessary proceedings;

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

1    NOW, THEREFORE, Plaintiffs and Defendant hereby AGREE and STIPULATE that the

2    hearing on the above-referenced Motions shall be continued sixty (60) days to July 3, 2007, or to

3    a date thereafter set by the Court.

4    IT IS SO STIPULATED.

5

6    DATED:  April 23, 2007                    GOLDSTEIN, DEMCHAK, BALLER,
                                               BORGEN & DARDARIAN
7

8                                              By:    /s/ Teresa Demchak_____
                                               TERESA DEMCHAK
9                                              Attorneys for Plaintiffs CORNELIUS
                                               CLARK, CHESTER LEWIS, JOHN
10                                             PONDS, AND GARRANT COSEY

11

12   DATED:  April 23, 2007                    GORDON & REES LLP

13

14                                             By:    /s/ Brian P. Maschler _____
                                               BRIAN P. MASCHLER
15                                             Attorneys for Defendant
                                               ANNA'S LINENS, INC.
16

17          IT IS SO ORDERED.  The hearing is continued to July 6, 2007 at 9 a.m.
18                                                                              `
19

20   DATED: April 23, 2007
21                                             Hon. Maxine M. Chesney
                                               United States District Court Judge
22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE HEARING DATE

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111