```
 1  MICHAEL T. LUCEY  (SBN: 099927)
    MICHAEL D. BRUNO  (SBN: 166805)
 2  BRIAN P. MASCHLER  (SBN: 111824)
    GORDON & REES LLP
 3  Embarcadero Center West
    275 Battery Street, Suite 2000
 4  San Francisco, CA  94111
    Telephone:  (415) 986-5900
 5  Facsimile:  (415) 986-8054

 6  Attorneys for Defendant
    ANNA'S LINENS, INC.
 7
    Plaintiffs' Counsel Listed on the Next Page
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS and GARRANT COSEY, on behalf of themselves and all other similarly situated persons,<br><br>                Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>                Defendant. | CASE NO. C05-02670 MMC<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE**<br><br>**Judge:  Hon. Maxine M. Chesney** |

AIGDO/1034537/1199691v.1

DEFENDANT ANNA'S LINENS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| 1 | TERESA DEMCHAK (SBN: 123989) tdemchak@gdblegal.com |
| | ROBERTA L. STEELE (SBN: 188198) rsteele@gdblegal.com |
| 2 | JAMES KAN (SBN: 240749) jkan@gdblegal.com |
| | GOLDSTEIN, DEMCHAK, BALLER, |
| 3 | BORGEN & DARDARIAN |
| | 300 Lakeside Drive, Suite 1000 |
| 4 | Oakland, CA 94612 |
| | (510) 763-9800 |
| 5 | (510) 835-1417 (fax) |
| 6 | CRAIG ACKERMANN (SBN: 2229832) cja@laborgators.com |
| | ACKERMANN & TILAJEF, P.C. |
| 7 | 1180 South Beverly Drive, Suite 512 |
| | Los Angeles, CA 90035 |
| 8 | (310) 277-0614 |
| | (310) 277-0635 (fax) |

Attorneys for Plaintiffs

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

-1-

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE

## STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that the previous deadlines approved by this Court should be revised as set forth below for the following reasons: Following a three-day mediation before Jerry Spolter of JAMS, the parties have reached a settlement agreement. They are now in negotiations with the EEOC to secure its consent to and joinder in the settlement. The extension of the deadlines as requested herein would allow the Parties to finalize negotiations with the EEOC in the hopes of achieving a global settlement of this dispute and would conserve resources that would otherwise necessarily be spent in completing discovery and preparing to meet all of the deadlines under the current schedule. The Parties, hereby stipulate and respectfully request that the court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules and Status Conference as follows:

### Non-Expert Discovery Schedule

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | July 2, 2007 |
| Complete non-expert depositions (e.g., Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | July 2, 2007 |

### Expert Discovery and Reports

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | October 31, 2006 |
| Plaintiffs' expert(s) to be made available for deposition by | May 14, 2007 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | June 11, 2007 |
| Defendants' expert(s) to be made available for deposition by | June 25, 2007 |
| Plaintiffs to serve rebuttal expert reports by | July 9, 2007 |
| Defendant to serve supplemental expert reports by | July 23, 2007 |
| Expert discovery cut-off | July 23, 2007 |

### Class Certification Briefing Schedule

| | |
|---|---|
| Motion for Class Certification to be filed by | July 30, 2007 |

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-3-

| | |
|---|---|
| Defendants' Opposition to Class Certification to be filed by | August 27, 2007 |
| Plaintiffs' Reply to be filed by | September 10, 2007 |
| Hearing on Motion for Class Certification (on or after) | September 25, 2007 |
| **Status Conference** | **To be determined by the Court** |

Respectfully submitted,

DATED: April 23, 2007

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: ___/s/ Teresa Demchak_____
TERESA DEMCHAK
Attorneys for Plaintiffs CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY

DATED: April 23, 2007

GORDON & REES LLP

By: ___/s/ Brian P. Maschler_____
BRIAN P. MASCHLER
Attorneys for Defendant
ANNA'S LINENS, INC.

## ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing.

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | July 2, 2007 |
| Complete non-expert depositions (e.g., Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | July 2, 2007 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | October 31, 2006 |
| Plaintiffs' expert(s) to be made available for deposition by | May 14, 2007 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | June 11, 2007 |
| Defendants' expert(s) to be made available for deposition by | June 25, 2007 |
| Plaintiffs to serve rebuttal expert reports by | July 9, 2007 |
| Defendant to serve supplemental expert reports by | July 23, 2007 |
| Expert discovery cut-off | July 23, 2007 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | July 30, 2007 |
| Defendants' Opposition to Class Certification to be filed by | August 27, 2007 |
| Plaintiffs' Reply to be filed by | September 10, 2007 |
| Hearing on Motion for Class Certification | Friday, September 28, 2007 |
| **Status Conference** | November 9, 2007 |

IT IS SO ORDERED.

DATED: April 24, 2007

_____
Hon. Maxine M. Chesney
United States District Court Judge