MICHAEL T. LUCEY  (SBN: 099927)
MICHAEL D. BRUNO  (SBN: 166805)
BRIAN P. MASCHLER  (SBN: 111824)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
ANNA'S LINENS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS and GARRANT COSEY, on behalf of themselves and all other similarly situated persons,<br><br>           Plaintiffs,<br><br>     vs.<br><br>ANNA'S LINENS, INC.,<br><br>           Defendant. | CASE NO. C05-02670 MMC<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT ANNA'S LINENS, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' REQUEST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(f)**<br><br>Current Hearing Date:  July 6, 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Maxine M. Chesney<br>Ctrm:  7 |

Plaintiffs, Cornelius Clark, Chester Lewis, John Ponds and Garrant Cosey ("Plaintiffs") and Defendant, Anna's Linens, Inc. ("Defendant"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on January 5, 2007, Defendant filed a Motion For Summary Judgment Or In The Alternative, Partial Summary Judgment, which motion was originally scheduled to be heard on February 9, 2007;

WHEREAS, on January 19, 2007, Plaintiffs filed a Request, Pursuant to Federal Rule of

1  Civil Procedure 56(f), That The Court Deny Defendant Anna's Linens, Inc.'s Motion For

2  Summary Judgment, Or In The Alternative, Partial Summary Judgment, As Premature, Or In

3  The Alternative, Continue Anna's Linens' Motion, To Allow Plaintiffs Adequate Time For

4  Discovery Of Essential Facts To Enable Plaintiffs To Resist Anna's Linens' Motion. This

5  Request also was initially scheduled to be heard on February 9, 2007;

6      WHEREAS, on January 30, 2007, Plaintiffs filed a Request That The Court Grant Relief

7  Pursuant To Federal Rule of Civil Procedure 56(f), Which Is Effectively Unopposed. That

8  Request also was originally scheduled to be heard on February 9, 2007;

9      WHEREAS, on February 1, 2007, Defendant Anna's Linens, Inc. filed an Opposition To

10  And Motion To Strike Plaintiffs' "Request That Court Grant Plaintiffs' Request For Relief

11  Pursuant To Federal Rule Of Civil Procedure 56(f)";

12      WHEREAS, the parties have participated in mediation before Jerry Spolter, Esq., of

13  JAMS, and have reached a settlement agreement in principle of this litigation, subject to

14  confirmation of certain details and final documentation;

15      WHEREAS, while the parties were still in mediation, pursuant to their Joint Stipulation

16  the Court continued the subject hearing one month, to March 9, 2007;

17      WHEREAS, the Court subsequently continued the hearing date to May 4, 2007;

18      WHEREAS, the Court subsequently continued the hearing date to July 6, 2007;

19      WHEREAS, to achieve a global resolution of the instant dispute, Plaintiffs and

20  Defendants have been attempting to secure the EEOC's consent to and/or joinder in the

21  settlement agreement, which consent the EEOC has yet to provide; and

22      WHEREAS, in keeping with the above-referenced settlement agreement in principle, the

23  parties wish to avoid unnecessary litigation burden and expense and wish to spare the Court the

24  burden of unnecessary proceedings;

25  / / /

26  / / /

27  / / /

28  / / /

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
JOINT STIPULATION TO CONTINUE HEARING DATE

NOW, THEREFORE, Plaintiffs and Defendant hereby AGREE and STIPULATE that the hearing on the above-referenced Motions shall be continued forty-five (45) days to August 20, 2007, or to a date thereafter set by the Court.

IT IS SO STIPULATED.

DATED:  June 29, 2007                         GOLDSTEIN, DEMCHAK, BALLER,
                                              BORGEN & DARDARIAN


                                              By:    /s/ Teresa Demchak
                                              TERESA DEMCHAK
                                              Attorneys for Plaintiffs CORNELIUS
                                              CLARK, CHESTER LEWIS, JOHN
                                              PONDS, AND GARRANT COSEY


DATED:  June 29, 2007                         GORDON & REES LLP


                                              By:    /s/ Brian P. Maschler
                                              BRIAN P. MASCHLER
                                              Attorneys for Defendant
                                              ANNA'S LINENS, INC.


IT IS SO ORDERED.  The hearing is continued to August 24, 2007 at 9 a.m.
`

DATED:  July 2, 2007                          _____
                                              Hon. Maxine M. Chesney
                                              United States District Court Judge