TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE**<br><br>Hon. Maxine M. Chesney |

5507

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND
BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

MICHAEL T. LUCEY (SB # 9927) mlucey@gordonrees.com
MICHAEL D. BRUNO (SB # 166805) mbruno@gordonrees.com
BRIAN P. MASCHLER (SB # 111824) bmaschler@gordonrees.com
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814) kjohnson@sortm.com
STEPHAN, ORINGHER, RICHMAN,
    THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

Attorneys for Defendant

5507

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND
BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

## STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that the a number of imminent deadlines previously approved by this Court should be revised as set forth below for the following reasons: The Parties have reached agreement in principle on the major terms of settlement of the Plaintiffs' claims and are in the process of drafting final settlement papers. The extension of the deadlines as requested herein, as shown below in bold, would allow the Parties to focus exclusively on this task and also would conserve the Parties' resources that would otherwise necessarily be spent in preparing to meet those upcoming deadlines under the current schedule. If the Parties are unable to complete preparation of the final settlement papers within the next month, they will file a report on the status of their efforts with the Court. The Parties, hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules and Status Conference as follows:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 07/02/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 07/02/07 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| **Plaintiffs' expert(s) to be made available for deposition by** | **09/28/07** |
| **Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by** | **10/2/07** |
| **Defendants' expert(s) to be made available for deposition by** | **10/09/07** |
| **Plaintiffs to serve rebuttal expert reports by** | **10/16/07** |
| **Defendant to serve supplemental expert reports by** | **10/23/07** |
| **Expert discovery cut-off** | **10/23/07** |

///

///

5507

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

| | | |
|---|---|---|
| 1 | **<u>Class Certification Briefing Schedule</u>** | |
| 2 | Motion for Class Certification to be filed by | 10/30/07 |
| 3 | Defendants' Opposition to Class Certification to be filed by | 11/30/07 |
| 4 | Plaintiffs' Reply to be filed by | 12/14/07 |
| 5 | Hearing on Motion for Class Certification (on or after) | 12/28/07 |
| 6 | **<u>Status Conference</u>** | To be determined by the Court |

SO STIPULATED.

Dated: July 27, 2007

Respectfully submitted,

　　　　　/S/ Roberta L. Steele
TERESA DEMCHAK (SB #123989)
tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198)
rsteele@gdblegal.com
JAMES KAN (SB #240749)
jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
    DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832)
cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

ATTORNEYS FOR PLAINTIFFS

5507

4

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

| | |
|---|---|
| Dated: July 27, 2007 | /S/ Brian P. Maschler |
| | MICHAEL T. LUCEY (SB # 9927) |
| | mlucey@gordonrees.com |
| | MICHAEL D. BRUNO (SB # 166805) |
| | mbruno@gordonrees.com |
| | BRIAN P. MASCHLER (SB # 111824) |
| | bmaschler@gordonrees.com |
| | GORDEN & REES LLP |
| | Embarcadero Center West |
| | 275 Battery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | (415) 986-5900 |
| | (415) 986-8054 (fax) |
| | |
| | KENNETH E. JOHNSON (SB # 115814) |
| | kjohnson@sortm.com |
| | STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER |
| | 2029 Century Park East |
| | Sixth Floor |
| | Los Angeles, CA 90067-2907 |
| | (310) 557-2009 |
| | (310) 551-0283 (fax) |
| | |
| | ATTORNEYS FOR DEFENDANT |

5507

5

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

## ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing. A Status Conference will be scheduled for a date to be determined by the Court following the Court's ruling on Plaintiffs' Motion for Class Certification.

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 07/02/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 07/02/07 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 09/28/07 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/02/07 |
| Defendants' expert(s) to be made available for deposition by | 10/09/07 |
| Plaintiffs to serve rebuttal expert reports by | 10/16/07 |
| Defendant to serve supplemental expert reports by | 10/23/07 |
| Expert discovery cut-off | 10/23/07 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 10/30/07 |
| Defendants' Opposition to Class Certification to be filed by | 11/30/07 |
| Plaintiffs' Reply to be filed by | 12/14/07 |
| Hearing on Motion for Class Certification (on or after) | ~~12/28/07~~ 1/4/08 |

IT IS SO ORDERED.

DATED: July 31, 2007

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

5507

6

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC