IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, et al., | No. 05-2670 MMC |
| v. | **ORDER DEEMING PARTIES' PENDING MOTIONS WITHDRAWN, WITHOUT PREJUDICE TO RENOTICING** |
| ANNA'S LINENS, INC., | |
| Defendant | |
| _____/ | |

In light of the parties' representation that they are in the process of finalizing a settlement, and the parties' having repeatedly stipulated to continuing the hearing on their respective pending motions, the Court hereby deems the parties' pending motions to be withdrawn, without prejudice to their renoticing said motions for hearing in the event they are unable to effectuate a settlement.

**IT IS SO ORDERED.**

Dated: August 24, 2007

MAXINE M. CHESNEY
United States District Judge