IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, et al., | No. 05-2670 MMC |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| ANNA'S LINENS, INC., | |
| Defendant | |
| _____/ | |

Before the Court is The Parties' Joint Report to the Court on the Status of Settlement Efforts, filed August 27, 2007.

In light of the parties' representation that, to date, a condition of the settlement, which condition involves the participation of a third party, has not occurred, the Court hereby schedules a Status Conference for November 9, 2007 at 10:30 a.m. A Joint Status Conference Statement shall be filed no later than November 2, 2007.

**IT IS SO ORDERED.**

Dated: September 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge