TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB # 2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

*Defendant's Counsel Listed on the Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>Defendant. | **CLASS ACTION**<br><br>Case No. C05-02670-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE**<br><br>Hon. Maxine M. Chesney |

17059-1

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND
BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

MICHAEL T. LUCEY (SB # 9927) mlucey@gordonrees.com
MICHAEL D. BRUNO (SB # 166805) mbruno@gordonrees.com
BRIAN P. MASCHLER (SB # 111824) bmaschler@gordonrees.com
GORDEN & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054 (fax)

KENNETH E. JOHNSON (SB # 115814) kjohnson@sortm.com
STEPHAN, ORINGHER, RICHMAN,
　　THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

Attorneys for Defendant

17059-1

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

# STIPULATION

Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("Plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens") by and through their counsel of record agree that the a number of imminent deadlines previously approved by this Court should be extended as set forth below for the following reasons: The Parties have reached agreement in principle on the major terms of settlement of the Plaintiffs' claims and are close to finalizing the written settlement agreement. However, the Parties' settlement is conditioned on the termination of the Equal Employment Opportunity Commission's ("EEOC") investigation of charges of discrimination filed by Plaintiffs and other persons represented by Plaintiffs' counsel pending before the EEOC's San Francisco and Los Angeles offices. The EEOC has now completed its investigation and the EEOC and Anna's Linens have reached agreement in principle to resolve those charges and are close to finalizing a written agreement.

The extension of the deadlines as requested herein would allow the Parties to focus exclusively on these tasks and also would conserve the Parties' resources that would otherwise necessarily be spent in preparing to meet deadlines related to class certification discovery and briefing that will be mooted by the finalization of the Parties' settlement and resolution of the EEOC charges. The Parties anticipate that their settlement agreement and the agreement between Anna's Linens and the EEOC will be finalized within the next 30 days   The Parties hereby stipulate and respectfully request that the Court modify, approve, and adopt the Class Certification Discovery and Briefing Schedules and Status Conference as follows:

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 07/02/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 07/02/07 |

**Expert Discovery and Reports**

| | |
|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 |
| Plaintiffs' expert(s) to be made available for deposition by | 4/1/08 |

17059-1

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

| | | |
|---|---|---|
| 1 | Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 4/8/08 |
| 2 | Defendants' expert(s) to be made available for deposition by | 4/15/08 |
| 3 | Plaintiffs to serve rebuttal expert reports by | 4/22/08 |
| 4 | Defendant to serve supplemental expert reports by | 4/29/08/ |
| 5 | Expert discovery cut-off | 4/29/08 |

**Class Certification Briefing Schedule**

| | |
|---|---|
| Motion for Class Certification to be filed by | 5/7/08 |
| Defendants' Opposition to Class Certification to be filed by | 6/4/08 |
| Plaintiffs' Reply to be filed by | 6/18/08 |
| Hearing on Motion for Class Certification (on or after) | 7/2/08 |

**Status Conference**                                          To be determined by the Court

SO STIPULATED.

Dated: March 6, 2008                     Respectfully submitted,


                                         /S/ Roberta L. Steele
                                         TERESA DEMCHAK (SB #123989)
                                         tdemchak@gdblegal.com
                                         ROBERTA L. STEELE (SB #188198)
                                         rsteele@gdblegal.com
                                         JAMES KAN (SB #240749)
                                         jkan@gdblegal.com
                                         GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                             DARDARIAN
                                         300 Lakeside Drive, Suite 1000
                                         Oakland, CA 94612
                                         (510) 763-9800
                                         (510) 835-1417 (fax)

                                         CRAIG ACKERMANN (SB # 2229832)
                                         cja@laborgators.com
                                         ACKERMANN & TILAJEF, P.C.
                                         1180 South Beverly Drive, Suite 512
                                         Los Angeles, CA 90035
                                         (310) 277-0614
                                         (310) 277-0635 (fax)

                                         ATTORNEYS FOR PLAINTIFFS

| | | |
|---|---|---|
| 1 | Dated: March 6, 2008 | /S/ Brian P. Maschler |
| 2 | | MICHAEL T. LUCEY (SB # 9927) |
| | | mlucey@gordonrees.com |
| 3 | | MICHAEL D. BRUNO (SB # 166805) |
| | | mbruno@gordonrees.com |
| 4 | | BRIAN P. MASCHLER (SB # 111824) |
| | | bmaschler@gordonrees.com |
| 5 | | GORDEN & REES LLP |
| | | Embarcadero Center West |
| 6 | | 275 Battery Street, Suite 2000 |
| | | San Francisco, CA 94111 |
| 7 | | (415) 986-5900 |
| | | (415) 986-8054 (fax) |

KENNETH E. JOHNSON (SB # 115814)
kjohnson@sortm.com
STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER
2029 Century Park East
Sixth Floor
Los Angeles, CA 90067-2907
(310) 557-2009
(310) 551-0283 (fax)

ATTORNEYS FOR DEFENDANT

17059-1

5

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC

# ORDER

The Court has considered the above Stipulation, and good cause appearing therefor, the Court modifies, approves, and hereby ORDERS the following schedule and deadlines for class certification discovery and briefing. A Status Conference will be scheduled for a date to be determined by the Court following the Court's ruling on Plaintiffs' Motion for Class Certification.

**Non-Expert Discovery Schedule**

| | |
|---|---|
| Complete non-expert interrogatories and document discovery by | 07/02/07 |
| Complete non-expert depositions (*e.g.*, Parties, Fed.R.Civ.P. 30(b)(6) deponents, witnesses and records custodians) by | 07/02/07 |

**Expert Discovery and Reports**

| | | |
|---|---|---|
| Plaintiffs to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | 10/31/06 | |
| Plaintiffs' expert(s) to be made available for deposition by | ~~1/25/08~~ | 4/1/08 |
| Defendants to provide Fed.R.Civ.P. 26(a)(2) expert disclosures by | ~~2/1/08~~ | 4/8/08 |
| Defendants' expert(s) to be made available for deposition by | ~~2/8/08~~ | 4/15/08 |
| Plaintiffs to serve rebuttal expert reports by | ~~2/15/08~~ | 4/22/08 |
| Defendant to serve supplemental expert reports by | ~~2/22/08~~ | 4/29/08 |
| Expert discovery cut-off | ~~2/29/08~~ | 4/29/08 |

**Class Certification Briefing Schedule**

| | | |
|---|---|---|
| Motion for Class Certification to be filed by | ~~3/7/08~~ | 5/9/08 |
| Defendants' Opposition to Class Certification to be filed by | ~~4/4/08~~ | 6/4/08 |
| Plaintiffs' Reply to be filed by | ~~4/18/08~~ | 6/18/08 |
| Hearing on Motion for Class Certification (on or after) | ~~5/2/08~~ | 7/11/08 |

| | |
|---|---|
| Status Conference | ~~To be determined by the Court~~ 9/5/08 |

IT IS SO ORDERED.

DATED: _March 11, 2008_

*[signature]*

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

17059-1

6

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CLASS CERTIFICATION DISCOVERY AND BRIEFING SCHEDULES AND STATUS CONFERENCE - CASE NO. C05-02670-MMC