IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS CLARK, et al.,

    v.

ANNA'S LINENS, INC.,

    Defendant

                                        /

No. 05-2670 MMC

**ORDER SETTING STATUS CONFERENCE**

      Before the Court is the parties' Joint Status Settlement Statement, filed July 15, 2008, in which the parties jointly request the Court schedule a Status Conference.

      The Court having initially scheduled a Status Conference for September 5, 2008, (see Docket No. 162), the parties shall appear at 10:30 a.m. on that date. A Joint Status Conference Statement shall be filed no later than August 29, 2008.

      The parties are encouraged to invite counsel for the Equal Employment Opportunity Commission to attend the Status Conference and to participate in preparing the Joint Status Conference Statement.

      **IT IS SO ORDERED.**

Dated: July 18, 2008

MAXINE M. CHESNEY
United States District Judge