IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, et al., | No. 05-2670 MMC |
| v. | **ORDER CONTINUING STATUS CONFERENCE** |
| ANNA'S LINENS, INC., | |
| Defendant | |
| _____/ | |

Before the Court is plaintiffs' Status Conference Statement, filed August 29, 2008, in which plaintiffs request that the Status Conference, currently scheduled for September 5, 2008, be continued for a short period, in light of a settlement conference being conducted on September 5, 2008 between defendant and the Equal Employment Opportunity Commission.

Good cause appearing, the Status Conference is hereby CONTINUED from September 5, 2008 to September 26, 2008. A Joint Status Conference Statement shall be filed no later than September 19, 2008.

**IT IS SO ORDERED.**

Dated: September 2, 2008

_____
MAXINE M. CHESNEY
United States District Judge