TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB #229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>            Defendant. | Case No. C05-02670-MMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>AND ORDER THEREON<br>Hon. Maxine M. Chesney<br><br>Date:  November 21, 2008<br>Time:  10:30 a.m. |

1  MICHAEL T. LUCEY (SB # 9927) mlucey@gordonrees.com
   MICHAEL D. BRUNO (SB # 166805) mbruno@gordonrees.com
2  BRIAN P. MASCHLER (SB # 111824) bmaschler@gordonrees.com
   GORDEN & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   (415) 986-5900
5  (415) 986-8054 (fax)

6  KENNETH E. JOHNSON (SB # 115814) kjohnson@sortm.com
   STEPHAN, ORINGHER, RICHMAN,
7      THEODORA & MILLER
   2029 Century Park East
8  Sixth Floor
   Los Angeles, CA 90067-2907
9  (310) 557-2009
   (310) 551-0283 (fax)
10

11 Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

30692-1

Pursuant to the Court's Minute Order filed on September 26, 2008 (Dkt. No. 170), Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens"), by and through their counsel of record, jointly submit this Joint Case Management Conference Statement.

The Court held a case management conference on September 26, 2008 regarding the status of Anna's Linens' settlement negotiations with the EEOC to resolve the claims of charging parties represented by plaintiffs' counsel that are not parties to this litigation and the effect of the EEOC negotiations on the private parties' settlement in this action. The Court thereafter issued a Minute Order requiring the parties to submit a Joint Case Management Conference Statement no later than November 14, 2008 and scheduling another case management conference for November 21, 2008. *See* Dkt. No. 170.

The current settlement status is that both the EEOC settlement agreement and the private parties' settlement agreement in this action have been finalized and are being circulated for execution by all parties. Plaintiffs intend to file a motion to dismiss in this action with the Court no later than December 15, 2008. Plaintiffs request that the Court reschedule the status conference currently set for November 21, 2008 to December 19, 2008 in the unlikely event that the parties require the Court's assistance.

Dated: November 14, 2008                    Respectfully submitted,

                                            GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                            DARDARIAN


                                                   /s/ Roberta L. Steele
                                            TERESA DEMCHAK (SB #123989)
                                            ROBERTA L. STEELE (SB #188198)
                                            JAMES KAN (SB #240749)
                                            GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                            DARDARIAN
                                            300 Lakeside Drive, Suite 1000
                                            Oakland, CA  94612
                                            (510) 763-9800
                                            (510) 835-1417 (fax)

```
                              CRAIG ACKERMANN (SB #229832)
                              ACKERMANN & TILAJEF, P.C.
                              1180 South Beverly Drive, Suite 512
                              Los Angeles, CA  90035
                              (310) 277-0614
                              (310) 277-0635 (fax)

                              ATTORNEYS FOR PLAINTIFFS
```

Dated: November 14, 2008              /s/ Brian P. Maschler
                              MICHAEL T. LUCEY (SB # 9927)
                              mlucey@gordonrees.com
                              MICHAEL D. BRUNO (SB # 166805)
                              mbruno@gordonrees.com
                              BRIAN P. MASCHLER (SB # 111824)
                              bmaschler@gordonrees.com
                              GORDEN & REES LLP
                              Embarcadero Center West
                              275 Battery Street, Suite 2000
                              San Francisco, CA  94111
                              (415) 986-5900
                              (415) 986-8054 (fax)

                              KENNETH E. JOHNSON (SB # 115814)
                              kjohnson@sortm.com
                              STEPHAN, ORINGHER, RICHMAN, THEODORA
                              & MILLER
                              2029 Century Park East
                              Sixth Floor
                              Los Angeles, CA 90067-2907
                              (310) 557-2009
                              (310) 551-0283 (fax)

                              ATTORNEYS FOR DEFENDANT

## ORDER

   The Case Management Conference is hereby CONTINUED from November 21, 2008 to December 19, 2008.  A Joint Case Management Statement shall be filed no later than December 12, 2008.

Dated: November 17, 2008                    _____
                                            United States District Judge

30692-1                                 2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. C05-02670-MMC