TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB #229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>Defendant. | Case No. C05-02670-MMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT ; ORDER<br><br>Hon. Maxine M. Chesney<br><br>Date:  December 19, 2008<br>Time:  10:30 a.m. |

31825-1

1  MICHAEL T. LUCEY (SB # 9927) mlucey@gordonrees.com
   MICHAEL D. BRUNO (SB # 166805) mbruno@gordonrees.com
2  BRIAN P. MASCHLER (SB # 111824) bmaschler@gordonrees.com
   GORDEN & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   (415) 986-5900
5  (415) 986-8054 (fax)

6  KENNETH E. JOHNSON (SB # 115814) kjohnson@sortm.com
   STEPHAN, ORINGHER, RICHMAN,
7      THEODORA & MILLER
   2029 Century Park East
8  Sixth Floor
   Los Angeles, CA  90067-2907
9  (310) 557-2009
   (310) 551-0283 (fax)
10

11 Attorneys for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31825-1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. C05-02670-MMC

1 On November 17, 2008, the Court issued an Order requiring the parties to submit a Joint Case Management Conference Statement regarding settlement status no later than December 12, 2008 and scheduling another case management conference for December 19, 2008. *See* Dkt. No. 172. Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens"), by and through their counsel of record, jointly submit this Joint Case Management Conference Statement.

The settlement agreement between Anna's Linens and the EEOC to resolve the claims of charging parties represented by plaintiffs' counsel that are not parties to this litigation has been fully executed. Plaintiffs' counsel is in the process of securing signatures on the private parties' settlement agreement in this action. Monetary payments provided for under the settlement agreement are to be made within 30 days after Anna's Linens receives the agreement executed by plaintiffs and their counsel. Thereafter, plaintiffs have seven business days to move to dismiss their individual claims with prejudice and class claims without prejudice. Plaintiffs thus estimate that they should be in position to file a motion to dismiss in this action prior to the end of January 2009. Plaintiffs request that the Court reschedule the status conference currently set for December 19, 2008 to January 30, 2009 in the unlikely event that the parties require the Court's assistance.

Dated: December 12, 2008

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

/s/ Roberta L. Steele
TERESA DEMCHAK (SB #123989)
ROBERTA L. STEELE (SB #188198)
JAMES KAN (SB #240749)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

31825-1

1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. C05-02670-MMC

```
                                        CRAIG ACKERMANN (SB #229832)
                                        ACKERMANN & TILAJEF, P.C.
                                        1180 South Beverly Drive, Suite 512
                                        Los Angeles, CA  90035
                                        (310) 277-0614
                                        (310) 277-0635 (fax)

                                        ATTORNEYS FOR PLAINTIFFS
```

Dated:  December 12, 2008            /s/ Brian P. Maschler
                                        MICHAEL T. LUCEY (SB # 9927)
                                        mlucey@gordonrees.com
                                        MICHAEL D. BRUNO (SB # 166805)
                                        mbruno@gordonrees.com
                                        BRIAN P. MASCHLER (SB # 111824)
                                        bmaschler@gordonrees.com
                                        GORDEN & REES LLP
                                        Embarcadero Center West
                                        275 Battery Street, Suite 2000
                                        San Francisco, CA  94111
                                        (415) 986-5900
                                        (415) 986-8054 (fax)

                                        KENNETH E. JOHNSON (SB # 115814)
                                        kjohnson@sortm.com
                                        STEPHAN, ORINGHER, RICHMAN, THEODORA
                                        & MILLER
                                        2029 Century Park East
                                        Sixth Floor
                                        Los Angeles, CA 90067-2907
                                        (310) 557-2009
                                        (310) 551-0283 (fax)

                                        ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED.  Specifically, the status conference is CONTINUED from December 19, 2008 to January 30, 2009.  A Joint Status Report shall be filed no later than January 23, 2009.

Dated: December 15, 2008                _____
                                        United States District Judge