IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS CLARK, et al.,            No. C-05-2670 MMC

    v.                                      **ORDER CONTINUING STATUS CONFERENCE**

ANNA'S LINENS, INC.,

    Defendant

_____/

    Before the Court is the parties' Joint Case Management Conference Statement, filed January 23, 2009, in which plaintiffs request that the Status Conference, currently scheduled for January 30, 2009, be continued to March 6, 2009, in order to afford defendant the opportunity to make certain payments due under a settlement agreement and to afford plaintiffs the opportunity to thereafter file a motion to dismiss.

    Good cause appearing, the Status Conference is hereby CONTINUED from January 30, 2009 to March 6, 2009. A Joint Status Conference Statement shall be filed no later than February 27, 2009. Should plaintiffs file a motion to dismiss prior to March 6, 2009, the March 6, 2009 Status Conference shall stand vacated without further order of the court.

    **IT IS SO ORDERED.**

Dated: January 26, 2009

                                                    MAXINE M. CHESNEY
                                                    United States District Judge