TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB #229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>　　　　　Defendant. | Case No. C05-02670-MMC<br><br>**PLAINTIFFS' STATUS CONFERENCE STATEMENT AND MOTION AND [PROPOSED] ORDER TO CANCEL STATUS CONFERENCE SCHEDULED FOR MARCH 6, 2009**; ORDER CONTINUING CONFERENCE<br><br>Hon. Maxine M. Chesney<br><br>Date:  March 6, 2009<br>Time:  10:30 a.m. |

60413-1

1  Plaintiffs Cornelius Clark, Chester Lewis, John Ponds, and Garrant Cosey ("plaintiffs") and Defendant Anna's Linens, Inc. ("Anna's Linens"), by and through their counsel of record, submit this Status Conference Statement and Motion and [Proposed] Order to Cancel Status Conference Scheduled for March 6, 2009.

2  Plaintiffs submit this statement to advise the Court that the settlement agreement between Anna's Linens and the plaintiffs in this action has been fully executed. Anna's Linens has made partial monetary payments as required by the agreement. Defense counsel, Michael Bruno, has advised plaintiffs' counsel that he has received the funds for the final monetary payments due under the settlement agreement and that plaintiffs' counsel will receive them via Federal Express on Friday, March 6, 2009.

3  Plaintiffs therefore request that the Court cancel the status conference currently set for March 6, 2009 as plaintiffs do not require assistance from the Court to finalize the settlement. Michael Bruno has authorized me to represent that he agrees with plaintiffs' request to cancel the status conference.

4  Plaintiffs' counsel will seek, within seven business days of receipt of the final monetary payments, dismissal of the individual claims with prejudice and the class claims without prejudice and without notice pursuant to the terms of the settlement agreement.

Dated: March 5, 2009

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

   /s/ Roberta L. Steele
TERESA DEMCHAK (SB #123989)
ROBERTA L. STEELE (SB #188198)
JAMES KAN (SB #240749)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

```
CRAIG ACKERMANN (SB #229832)
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA  90035
(310) 277-0614
(310) 277-0635 (fax)
```

ATTORNEYS FOR PLAINTIFFS

## ~~PROPOSED~~ ORDER

Upon consideration of plaintiffs' motion to cancel the status conference scheduled for March 6, 2009, at 10:30 a.m., defendant's agreement thereto, and the entire record in this matter,

Good cause having been found, the status conference scheduled for March 6, 2009 at 10:30 a.m. is hereby ~~cancelled.~~  continued to March 27, 2009, at 10:30 a.m.

IT IS SO ORDERED.

Dated: March 5, 2009

*[signature: Maxine M. Chesney]*
Honorable Maxine Chesney
United States District Court Judge

60413-1

2

PLAINTIFFS' STATUS CONFERENCE STATEMENT AND MOTION AND [PROPOSED] ORDER TO CANCEL STATUS CONFERENCE SCHEDULED FOR MARCH 6, 2009 - CASE NO. C05-02670-MMC