TERESA DEMCHAK (SB #123989) tdemchak@gdblegal.com
ROBERTA L. STEELE (SB #188198) rsteele@gdblegal.com
JAMES KAN, (SB #240749) jkan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

CRAIG ACKERMANN (SB #2229832) cja@laborgators.com
ACKERMANN & TILAJEF, P.C.
1180 South Beverly Drive, Suite 512
Los Angeles, CA 90035
(310) 277-0614
(310) 277-0635 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORNELIUS CLARK, CHESTER LEWIS, JOHN PONDS, AND GARRANT COSEY, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANNA'S LINENS, INC.,<br><br>Defendant. | CLASS ACTION<br><br>Case No. C05-02670-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS PLAINTIFFS CORNELIUS CLARK'S, CHESTER LEWIS', JOHN PONDS', AND GARRANT COSEY'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE AND WITHOUT CLASS-WIDE NOTICE<br><br>~~Date:     May 1, 2009~~<br>~~Time:    9:00 a.m.~~<br>Hon. Maxine M. Chesney |

49729-3

The Court, having considered the papers presented, and all other documents and argument of counsel on the Motion to Dismiss Plaintiffs Cornelius Clark's, Chester Lewis', John Ponds', and Garrant Cosey's Individual Claims With Prejudice and Class Claims Without Prejudice and Without Class-Wide Notice and the entire record herein, states as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court approves the voluntary dismissal of the individual claims of Plaintiffs Clark, Lewis, Ponds and Cosey, as resolved.

Pursuant to Federal Rule of Civil Procedure 23(e), the Court approves the voluntary dismissal of Plaintiffs' uncertified class claims without prejudice. The Court further finds that the provision of class-wide notice is not required as this voluntary dismissal occurs prior to any ruling on class certification and does not prejudice the claims or rights of absent class members. *See Daffin v. Ford Motor Co.*, No. 1:00-cv-458, 2007 WL 2815448, *1-2 (S.D. Ohio Sept. 25, 2007); *Robb v. Stericycle, Inc.*, No. Civ.A.05-1370, 2005 WL 2304475, *8-9 (W.D. La. Aug. 19, 2005). However, the Court orders Plaintiffs to provide notice of the dismissal of their class claims to the 29 putative class members interviewed by Plaintiffs' counsel within 10 days of the entry of this Order.

Plaintiffs' Motion to Dismiss Plaintiffs Cornelius Clark's, Chester Lewis', John Ponds', and Garrant Cosey's Individual Claims With Prejudice and Class Claims Without Prejudice and Without Class-Wide Notice, is hereby granted.

IT IS SO ORDERED.

Dated: March 26, 2009



HON. MAXINE M. CHESNEY

49729-3

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS PLAINTIFFS CORNELIUS CLARK'S, CHESTER LEWIS', JOHN PONDS', AND GARRANT COSEY'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE AND WITHOUT CLASS-WIDE NOTICE - CASE NO. C05-02670-MMC