IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS CLARK, et al., | No. C-05-2670 MMC |
| v. | **ORDER RE: PLAINTIFFS' STATUS REPORT REGARDING MAILING OF NOTICE OF DISMISSAL** |
| ANNA'S LINENS, INC., | |
| Defendant / | |

    Before the Court is plaintiffs' "Status Report Regarding Mailing of Notice of Dismissal to Interviewed Putative Class Members; In the Alternative, Request for Clarification," filed April 10, 2009.

    Having read and considered the Status Report, the Court finds plaintiffs have discharged their obligations, as set forth in the Court's March 26, 2009 order, to provide notice of the dismissal of the above-titled action. Accordingly, plaintiffs are not required to take any further action with respect to providing notice.

    **IT IS SO ORDERED.**

Dated: April 20, 2009

                                                    MAXINE M. CHESNEY
                                                    United States District Judge